JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RALPH N. THOMPSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>C. SWAIN, Warden,<br><br>　　　　　Respondent. | No. CV 18-03639-PA (DFM)<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Petition,

IT IS ADJUDGED that this action is dismissed without prejudice.

Dated: September 19, 2018

_____
PERCY ANDERSON
United States District Judge